UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INCINIA CONTRACTING, INC.,
       Plaintiff,

    -v-

EVANSTON INSURANCE COMPANY, *et al.*,
       Defendants.

23-CV-10917 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  This case was removed from New York Supreme Court, New York County, on December 15, 2023. Counsel for the plaintiff is directed to file an appearance with this Court no later than December 29, 2023.

  Counsel for the defendants shall serve a copy of this order on counsel for the plaintiff by December 21, 2023.

  SO ORDERED.

Dated: December 19, 2023
   New York, New York

            _____
            J. PAUL OETKEN
            United States District Judge