

**HINSHAW & CULBERTSON LLP**
Attorneys at Law

800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

Matthew C. Ferlazzo
212-471-6227
mferlazzo@hinshawlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/15/2024
```

March 15, 2024

**BY ECF**

Honorable Margaret M. Garnett
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    Incinia Contracting, Inc. v. Evanston Insurance Company, et al.
            Docket No. 1:23-cv-10917-MMG

Dear Judge Garnett:

    We represent Defendants Evanston Insurance Company and Markel Service Incorporated in the referenced matter. We write to request that the Court adjourn the initial conference scheduled for March 21, 2024 to on or after April 1, 2024. This is the first request to adjourn the conference.

    Defendant Markel Service Incorporated has filed a motion to dismiss the claims against it. Plaintiff's deadline to oppose the motion is March 18, and Markel Service Incorporated's deadline to file its reply is March 25. The parties believe that it would be beneficial to fully brief the motion to dismiss before they complete their pre-conference discussions concerning discovery and make the necessary pre-conference submissions to the Court. For example, completing the briefing may clarify the extent to which certain issues need to be addressed in discovery.

    Based on the foregoing, Defendants request that the Court adjourn the initial conference scheduled for March 21, 2024 to on or after April 1, 2024.

Respectfully submitted,
HINSHAW & CULBERTSON LLP

Matthew C. Ferlazzo

---

Application GRANTED. The Initial Pretrial Conference is hereby adjourned to **Thursday, April 18, 2024 at 3:30p.m.** The parties shall submit their joint letter and proposed Civil Case Management Plan and Scheduling Order by April 11, 2024.

SO ORDERED. Dated March 15, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE