UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INCINIA CONTRACTING, INC.,

                       Plaintiff,

-against-

EVANSTON INS. CO. et al.,

                       Defendants.

23-CV-10917 (MMG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2024

MARGARET M. GARNETT, United States District Judge:

      The Defendants have filed a motion to dismiss the amended complaint. Dkt. No. 29. It is hereby ordered that any opposition to the motion is to be filed by **May 10, 2024,** and any reply brief is to be filed by **May 17, 2024.**

      Defendant Markel Service, Incorporated's motion to dismiss the original complaint is now moot, and the Clerk of Court is directed to terminate Dkt. No. 11.

Dated: April 30, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge