

Brandon S. McTigue
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.593.7052
bmctigue@beneschlaw.com

November 5, 2025

**BY ECF**
Honorable Margaret M. Garnett
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Incinia Contracting, Inc. v. Evanston Insurance Company, et al.*
      **Docket No. 1:23-cv-10917**

Dear Judge Garnett:

This law firm represents Plaintiff Incinia Contracting, Inc. ("Incinia") in the above-referenced lawsuit. We write, jointly with counsel for Defendant Evanston Insurance Company ("Evanston" together with Incinia the "Parties") to request a 90-day adjournment of the initial conference, presently scheduled for November 13, 2025, to on or after February 11, 2026. This is the Parties' first request to extend this conference.

The Parties request this adjournment because they are attempting to settle the Underlying Action *Marlon Garcia v. CityMeals-On-Wheels Property, LLC et al*, New York Supreme Court, Index No. 160938/2016. The trial in the Underlying Action was also recently adjourned to February 2, 2026 so that the parties and their insurers could attempt to settle. Should the Underlying Action be settled, the Parties in this proceeding believe that this lawsuit may also be able to settle and be resolved without unnecessarily taxing judicial resources.

Based on the foregoing, the Parties jointly request that the Court adjourns the initial conference presently scheduled for November 13, 2025 to on or after February 11, 2026.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Benesch, Friedlander, Coplan &
  Aronoff LLP

/s/ Brandon S. McTigue

Brandon S. McTigue

---

GRANTED.  The conference previously scheduled for November 13, 2025 is ADJOURNED until **February 19, 2026** at **9:30 AM**.  The deadline for the parties' joint pre-conference submission is likewise ADJOURNED until **February 12, 2026**.

SO ORDERED.  Dated November 6, 2025.

*/s/ Margaret M. Garnett*
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE