

HINSHAW & CULBERTSON LLP
Attorneys at Law
800 Third Avenue
13th Floor
New York, NY 10022

Matthew C. Ferlazzo
212-471-6227
mferlazzo@hinshawlaw.com

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

February 12, 2026

**BY ECF**
Honorable Margaret M. Garnett
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    **Incinia Contracting, Inc. v. Evanston Insurance Company, et al.**
       **Docket No. 1:23-cv-10917-MMG**

Dear Judge Garnett:

We represent Defendant Evanston Insurance Company in the referenced matter. We write on behalf of both parties to request that the Court adjourn the initial conference in this matter, scheduled for February 19, 2026, *sine die*, with the parties to provide a status report to the Court in 60 days.

The parties request the adjournment because the personal injury action that underlies this insurance coverage action has settled in principle, with settlement paperwork being finalized. That settlement may result in the resolution of this action. Accordingly, the parties request that the Court adjourn the conference and that they provide a status report within 60 days concerning whether they will resolve this action. This is the parties' second request to adjourn the conference.

Respectfully submitted,
HINSHAW & CULBERTSON LLP

*s/Matthew C. Ferlazzo*

cc:    Counsel for Plaintiff (via ECF)

GRANTED. The conference previously scheduled for February 19, 2026 is ADJOURNED *sine die*. The parties shall jointly file a status report by no later than **April 17, 2026**.

SO ORDERED. Dated February 17, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE